United States Magistrate Judge J. Richard Creatura

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACY A. PINA, | ) |
| Plaintiff, | ) CIVIL NO. C11-5002BHS-JRC<br>) |
| vs. | ) ORDER FOR EXTENSION OF<br>) TIME TO FILE PLAINTIFF'S<br>) OPENING BRIEF |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | ) |

Based on Plaintiff's Motion (ECF No. 12) and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before July 6, 2011, Defendant's Answering Brief shall be filed on or before August 3, 2011, and Plaintiff's Reply Brief shall be filed on or before August 17, 2011.

Oral argument, if desired, shall be requested by August 24, 2011.

DATED this 8th day of June, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF –
[C11-5002BHS-JRC] - 1