1

2
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
3
AT TACOMA

4
TRACY A. PINA,

5                          CASE NO. C11-5002BHS
                 Plaintiff,

6                          ORDER ADOPTING REPORT
v.                          AND RECOMMENDATION

7
MICHAEL J. ASTRUE, Commissioner of
Social Security,
8
                 Defendant.
9

10

11          This matter comes before the Court on the Report and Recommendation ("R&R")

12   of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 22. The Court

     having considered the R&R and the remaining record, and no objections having been
13
     filed, does hereby find and order as follows:
14
            (1)     The R&R is **ADOPTED**; and
15
            (2)     The decision by the Administrative Law Judge is **REVERSED** and the
16
     action is **REMANDED** to the Social Security Administration for further consideration as
17
     discussed in the R&R.
18
            Dated this 27th day of February, 2012.
19

20

21          _____
            BENJAMIN H. SETTLE
22          United States District Judge

ORDER